IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-161-FL-1
No. 5:25-CV-722-FL

| | | |
|---|---|---|
| JAMAL HASSAN LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert T. Numbers, II, recommending that petitioner's motion to vacate under 28 U.S.C. § 2255 (DE 90, 93), be denied, and the government's motion to dismiss (DE 102) be granted. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, the government's motion to dismiss (DE 102) is GRANTED and petitioner's motion to vacate (DE 90, 93) is DENIED. Under 28 U.S.C. § 2253(c), the court has reviewed the arguments raised, and, in light of the applicable standard, a certificate of appealability is DENIED

SO ORDERED, this the 29th day of July, 2026.

LOUISE W. FLANAGAN
United States District Judge

2